IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:07CR69

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| GEORGE BRETT GRAHAM, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

**The within and foregoing Motion** for Admission *Pro Hac Vice* having been read and considered, Movant DONALD R. DONOVAN is admitted to the practice of law in this Court pro hac vice in the above-entitled mater, pursuant to local rules.

Signed: May 7, 2007

_____
David C. Keesler
United States Magistrate Judge

Order submitted by":


Donald R. Donovan
Attorney for Defendant
State Bar of Georgia Bar No. 225762
8440 Courthouse Square East
Douglasville, GA 30134
Tel: 770-943-3988
Fax: 770-947-0575
drdlaw@ix.netcom.com